# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 11, 2017

Stephen Randall Scarborough
Stephen R. Scarborough, PC
100 PEACHTREE ST NW STE 2095
ATLANTA, GA 30303

Paula Khristian Smith
Attorney General's Office
40 CAPITOL SQ SW
ATLANTA, GA 30334

Appeal Number:  14-14635-CC
Case Style:  Charlton Green v. State of Georgia, et al
District Court Docket No:  1:11-cv-04544-AT

The parties are DIRECTED to file their respective briefs from Court of Appeals of Georgia appeal no. A10A0608, Green v. State, within seven days from the date of this letter. Please use the event "Notice of Filing".  The paper copies must also be received by the Court within seven days from the date of this letter.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Julie F. Cohen, CC
Phone #: (404) 335-6170

LetterHead Only